1 | PHILLIP A. TALBERT
United States Attorney
2 | PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel
3 | MARGARET LEHRKIND, CSBN 314717
Special Assistant United States Attorney
4 |     Social Security Administration
    160 Spear Street, Suite 800
5 |     San Francisco, CA 94105
    Telephone: (510) 970-4829
6 |     Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOHNATHAN WRIGHT,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant.[1] | No. 1:21-cv-00359-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 19) |

IT IS HEREBY STIPULATED, by and between Jonathan Wright (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that, with the Court's approval, Defendant shall have an extension of time of sixty (60) days to file a Response to Plaintiff's Opening Brief.  This is Defendant's first request

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

for an extension on her Response to Plaintiff's Opening Brief. The current due date is March 14, 2022. The new date will be May 12, 2022. All other deadlines will extend accordingly.

Good cause exists for this request. Defendant's counsel has worked diligently to meet the timelines provided by the Court but has been prevented from doing so by her busy schedule. Defendant's counsel has seventy-one other active cases in various stages of litigation and 16 responsive briefs due in the next 30 days including one Ninth Circuit answering brief. Additionally, Defendant's counsel has other responsibilities with another practice group in her office where the work cannot be extended. Defendant requests this extension in good faith, and with no intent to delay these proceedings unnecessarily. Defendant apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

DATE: February 24, 2022        */s/ Jonathan Omar Pena*
                               JONATHAN OMAR PENA
                               Attorney for Plaintiff
                               (as approved via email)

                               PHILLIP A. TALBERT
                               Acting United States Attorney

DATE: February 24, 2022    By  *s/ Margaret Lehrkind*
                               MARGARET LEHRKIND
                               Special Assistant United States Attorney

                               Attorneys for Defendant

**ORDER**

Based on the above stipulation (ECF No. 19), IT IS ORDERED that Defendant shall file Defendant's response to Plaintiff's opening brief no later than May 12, 2022. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:  **February 25, 2022**                    /s/ Erica P. Grosjean
                                                                       UNITED STATES MAGISTRATE JUDGE