1  PHILLIP A. TALBERT
   United States Attorney
2  PETER K. THOMPSON (HI 5890)
   Acting Regional Chief Counsel
3  MARGARET LEHRKIND, CSBN 314717
   Special Assistant United States Attorney
4     Social Security Administration
      160 Spear Street, Suite 800
5     San Francisco, CA 94105
      Telephone: (510) 970-4829
6     Facsimile: (415) 744-0134
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOHNATHAN WRIGHT,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 1:21-cv-00359-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 21) |

IT IS HEREBY STIPULATED, by and between Jonathan Wright (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that, with the Court's approval, Defendant shall have an extension of time of sixty (60) days to file a Response to Plaintiff's Opening Brief. This is Defendant's second request for an extension on her Response to Plaintiff's Opening Brief. The current due date is May 12, 2022. The new date will be July 11, 2022. All other deadlines will extend accordingly.

1     Good cause exists for this request.  Defendant's counsel has worked diligently to meet the timelines provided by the Court but has been prevented from doing so by her busy schedule. Defendant's counsel has seventy-one other active cases in various stages of litigation and 21 responsive briefs due in the next 60 days and three oral arguments before the Ninth Circuit. Defendant's counsel also has other responsibilities with another practice group in her office where the work cannot be extended.  Defendant requests this extension in good faith, and with no intent to delay these proceedings unnecessarily.  Defendant apologizes to the Court for any inconvenience caused by this delay.  She anticipates that her workload will calm down by the end of June and she will not require extensions in her briefing schedule.

                                                Respectfully submitted,

DATE: April 2, 2022                       */s/ Jonathan Omar Pena*
                                                JONATHAN OMAR PENA
                                                Attorney for Plaintiff
                                                (as approved via email)

                                                PHILLIP A. TALBERT
                                                Acting United States Attorney

DATE: April 2, 2022              By   *s/ Margaret Lehrkind*
                                                MARGARET LEHRKIND
                                                Special Assistant United States Attorney

                                                Attorneys for Defendant

# **ORDER**

Based on the above stipulation (ECF No. 21), IT IS ORDERED that Defendant shall file Defendant's response to Plaintiff's opening brief no later than July 11, 2022. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **April 4, 2022**              /s/ Erica P. Grosjean
                                                       UNITED STATES MAGISTRATE JUDGE